NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN MEZZALINGUA ASSOCIATES, INC. (doing business as PPC, Inc.),**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**GEM ELECTRONICS, INC. and FU-CHING TECHNICAL INDUSTRIAL CO., LTD.,**
*Intervenors.*

---

2010-1373

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-650.

---

## ON MOTION

---

## ORDER

Gem Electronics, Inc. and Fu-Ching Technical Industrial Co., Ltd. move for leave to intervene. John Mezzalingua Associates, Inc. opposes.

The court grants movants leave to file their motion out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

**JUL 27 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  John R. Horvack, Jr., Esq.
     Daniel E. Valencia, Esq.
     Richard L. Stroup, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 27 2010

JAN HORBALY
CLERK